

USDC EDWI
FILED IN GREEN BAY DIV
MAY 16 2013
AT_____ O'CLOCK____M
JON W. SANFILIPPO

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 13 M 628

A USPS Express Mail parcel with tracking number EI533141296US addressed to "Migel Gonzalez, 1009 n 4ave Wausa, WI 54401 (sic)" and containing the return address of "Alex Gonzalez, 21 w Starling Ct, Merced, CA 95340."

TO: Any authorized officer of the United States:



USDC EDWI
FILED IN GREEN BAY DIV
MAY 14 2013
AT_____ O'CLOCK____M
JON W. SANFILIPPO

### SEARCH AND SEIZURE WARRANT

TO: **Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin

**A USPS Express Mail parcel with tracking number EI533141296US addressed to "Migel Gonzalez, 1009 n 4ave Wausa, WI 54401 (sic)" and containing the return address of "Alex Gonzalez, 21 w Starling Ct, Merced, CA 95340."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before  5-24-13 , 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>James R Sickel</u>.

Date and time issued  MAY 14, 2013; 2:03 p.m.

Judge's Signature

City and state: <u>Green Bay, Wisconsin</u>

THE HONORABLE JAMES R SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>13-M-628 | Date and time Warrant executed<br>May 14, 2013 at 3:21 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Derik Thieme, U.S. Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

Express Mail parcel EI533141296US containing a two pound Special K cereal box wrapped in black gift paper. This cereal box contained two (2) bundles of a green leafy substance that was sealed inside two vacuum sealed bags with the inner bag coated in mustard. I tested the green leafy substance from one of the bags using the Duquenois-Levine field test kit and received a positive test for the presence of THC, the active ingredient in marijuana. The total weight of both bags was approximately 1560 grams.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/16/2013

(Executing officer's signature)

MATT SCHMITZ, POSTAL INSPECTOR
(Printed name and title)

Subscribed, sworn to, and returned before me this date.

_____
(U.S. Judge or Magistrate Judge)

5/16/13
(Date)